## W. T. WILSON v. THE STATE.

No. 8806. Decided, October 22, 1924.

No motion for rehearing filed.

**Murder.**

No bills of exception nor statement of facts, appearing in the record, the cause is affirmed.

Appeal from the District Court of Shelby County. Tried below before the Hon. Chas. L. Brachfield, Judge.

Appeal from a conviction for murder; penalty, ten years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for murder with punishment assessed at ten years in the penitentiary.

No bills of exception nor statement of facts are found in the record.

The indictment appears to be regular and the charge of the court applicable to facts provable thereunder.

No question is presented to this court for review, and the judgment is ordered affirmed.

*Affirmed.*